UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ERNESTO AVILA,

    Petitioner,

v.

DERRAL G. ADAMS, WARDEN,

    Respondent.

Case No. CV 08-2145-GW (MLG)

JUDGMENT

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: April 10, 2009

George H. Wu
United States District Judge